1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
2 |   E-Mail: Christopher.Bakes@lewisbrisbois.com
CAITLIN E. HIGGINS, SB# 298782
3 |   E-Mail: Caitlin.Higgins@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
4 | Sacramento, CA 95833
Telephone: 916.564.5400
5 | Facsimile: 916.564.5444

6 | BRYAN P. SUGAR (pro hac vice pending)
  E-Mail:  Bryan.Sugar@lewisbrisbois.com
7 | 550 West Adams Street, Suite 300
Chicago, IL 60661
8 | Telephone:  312.463.3473

Attorneys for Plaintiff EPOCH GROUP INC d/b/a EPOCH MEDIA GROUP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPOCH GROUP INC d/b/a EPOCH MEDIA GROUP <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES MAGAZINE, LLC, <br><br> Defendant. | **CASE NO. 2:20-CV-4680** <br><br> **COMPLAINT FOR DAMAGES** <br><br> **1. DEFAMATION PER SE** <br> **2. DEFAMATION PER QUOD** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff EPOCH GROUP, INC. d/b/a EPOCH MEDIA GROUP (collectively "Epoch" or "Plaintiff"), by their undersigned attorney, for their Complaint against Defendant LOS ANGELES MAGAZINE, LLC, a California entity ("Defendant"), alleges as follows:

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## PRELIMINARY STATEMENT

This action arises from Defendant's publication of demonstrably false statements about Plaintiff.  The defamatory statements were published by Defendant either with knowledge of their falsity, or with reckless disregard for the truth, causing Plaintiff harm.

## THE PARTIES

1.      At all relevant times, Plaintiff EPOCH GROUP INC. d/b/a EPOCH MEDIA GROUP  was a New York corporation in good standing with its principal place of business in New York.

2.      At all relevant times, Defendant was a California limited liability company with its principal place of business in Los Angeles, California.

## PERSONAL JURISDICTION AND VENUE

3.      Federal Rule of Civil Procedure 4 directs every federal district court to follow the law on personal jurisdiction that is in force in the state courts where the federal court is located.  Personal jurisdiction is proper under California state law because Defendant is incorporated in and does business in California.

4.      Venue is proper because Defendant's principal place of business is in Los Angeles County, California.

## SUBJECT MATTER JURISDICTION

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, which gives federal courts original jurisdiction over civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states.

6.      Plaintiff is a citizen of New York and Defendant is a citizen of California.  Further, Plaintiff's damages exceed $75,000.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## GENERAL ALLEGATIONS

7.      *The Epoch Times* is an independent, nonpartisan newspaper that is dedicated to truthful reporting, which was founded in response to communist repression and censorship in the People's Republic of China.  The People's Republic of China was founded in 1949 following a civil war in which the Marxist faction prevailed, toppling the Republic of China founded in 1912, and coinciding with the Union of Soviet Socialist Republics' imposition of one-party Marxist rule throughout post-war Eastern Europe.  Both the People's Republic of China and the USSR allied in supporting the imposition of one-party Marxist rule in the Korean Peninsula, jointly providing combat support against the United States and its allies and resulting in what was to become the Democratic People's Republic of Korea (North Korea).

8.      The People's Republic of China is today classified as "not free" by Freedom House's Freedom in the World 2018, "mostly unfree" by the Index of Economic Freedom (an annual index by The Heritage Foundation and *The Wall Street Journal*), a "very serious situation" by Reporters Without Borders (its least free classification), and as "totalitarian" by *The Economist* Intelligence Unit.  As might be expected from such a profile, the People's Republic of China since its founding is considered to have been directly or indirectly responsible for the deaths of millions of its own citizens, by famine and starvation, and mass arrests and executions.

9.      Epoch's founders are Chinese-Americans who fled the People's Republic of China.  They sought to create an independent media to bring the world uncensored and truthful information, including about the People's Republic of China.  *The Epoch Times* is one of the very few publications worldwide specifically dedicated to this particular combination of journalistic priorities.  Its national and international reporting reputation rose after the People's Republic of China fully entered the world economic stage (it joined the World Trade Organization in 2001)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-8446-4317.1

3

COMPLAINT

while sustaining and even expanding its extreme totalitarian structures, arbitrary arrests of dissidents, forced relocations of detained faith-based dissidents (including Muslims and Christians), high tolerance for theft and piracy of intellectual property, and encroachment into trading partners' national economies and sovereignty through forced compliance with Chinese Communist Party conditions of doing business.  This is exacerbated by the corporatization of North American media and their often non-transparent business ties with the People's Republic, making even large media vulnerable to Party conditions of doing business.  As a media outlet fully independent and with a priority to avoid compromising entanglements, *The Epoch Times* has a particularly critical role to play in presenting information freely.

10.    Defendant is a magazine that "covers the people, food, culture, arts and entertainment, fashion, lifestyle, and news that defines Southern California with a signature mix of feature-length writing, service journalism, investigative reporting, and design."  In addition to its magazine, it operates LAmag.com, which provides digital news and other content.

### The Importance of Epoch's Reputation For Truthful Reporting

11.    *The Epoch Times* is the fastest-growing independent newspaper in America and is the largest news outlet aimed at the Chinese community outside "mainland China" [meaning the People's Republic of China, including Hong Kong and Macau] and Taiwan [location of the "Republic of China" displaced on the mainland by the People's Republic].  In 2004, *The Epoch Times* newspaper introduced its English-language edition.  *Epoch*'s growth and success have been and continue to be achieved by its singular dedication to providing the oppressed and those concerned about them with an alternative voice.

12.    *The Epoch Times'* goal is to bring its readers accurate information so they can form their own opinions about the most significant topics of our time, which certainly includes the rise of the People's Republic of China.

13.    *The Epoch Times* has received numerous awards for its reporting and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

design, including from the New York Press Association, the Society of Professional Journalists, and the Society for News Design. *The Epoch Times'* reporting has been favorably cited or relied on by multiple sources of news and information worldwide including *Focus Taiwan*, *The China Post*, the BBC, the Brookings Institute, and in multiple successive Annual Reports by the United States-China Economic and Security Review Commission under both the Trump and the Obama Administrations.

14.     With a range of news sources and voices critical in an era where all media sources may fairly be questioned, it is imperative that the public forum be free of genuinely scurrilous falsehoods that operate to destroy a free, vigorous and varied press. If one media platform may publish full falsehoods about another without rebuke, then the marketplace for ideas becomes bent and skewed. For this reason, it is a long legal tradition in this country that the laws of libel and defamation apply to all speakers, including newspapers and magazines. Though no press faction may claim any greater protection from falsehood than any other faction, it remains the case that in some eras certain falsehoods are particularly opprobrious. If an enlarging force on the world stage obtains the ability to squelch all dissent, there will be no marketplace for the free exchange of ideas. Independent artisan news outlets such as Epoch play a critical worldwide role in promoting this particular freedom. In the internet age when a click can release the truth worldwide in an instant, a click can also propagate falsehoods worldwide in an instant.

15.     As a leading voice in covering the People's Republic of China for the past 20 years, *The Epoch Times'* truthful reporting has today earned it a reputation as a trusted source for information that North America can turn to for unbiased reporting about COVID-19 developments, trade developments with the People's Republic of China, the People's Republic of China's hostile acts in international waters against the Republic of the Philippines and the Socialist Republic of Vietnam, and the People's Republic of China's arrests and incarcerations of

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    dissidents.  This information is based on vigilant reporting and on sourcing

2    unavailable to other media outlets.  As a result, *The Epoch Times* has continually

3    learned of and exposed multiple human rights abuses of the People's Republic of

4    China.  This includes *The Epoch Times'* publication of multiple articles about the

5    spread of COVID-19 earlier than larger news outlets.

6         16.    For doing this important work, *The Epoch Times* has sustained ongoing

7    attacks.  Ten of its staff members were arrested in the People's Republic of China

8    and given prison terms ranging from three to 10 years.  Moreover, on November 19,

9    2019, arsonists targeted *The Epoch Times'* Hong Kong offices.

10              **LA Magazine's Defamatory Article**

11        17.    On March 9, 2020, Defendant in both hard-copy and online published

12   an article entitled "Inside the Shadowy World of Shen Yun and Its Secret Pro-

13   Trump Ties" (the "Article") written by its reporter Samuel Braslow.  A true and

14   correct copy of the article is attached hereto as **Exhibit A**.  According to

15   Defendant's online "2020 media kit," it has a "total monthly reach" of 5,321,045,

16   and a "total annual reach" of 63,852,050.

17        18.    Within the media kit, Defendant describes itself as (a) particularly

18   trustworthy because of its "investigative journalism," (b) particularly influential

19   because  it is "the single-most powerful media resource in the [Los Angeles]

20   region," (c) having an "authoritative voice," (d) presenting "authoritative content-

21   driven products," (e) "the essential voice of Los Angeles," and (f) "[t]he destination

22   for art, thought, politics and entertainment."  Defendant's plain goal is to place itself

23   in the top-tier of reliable and influential journalism.

24        19.    Contrary to what Defendant identifies as the superb quality of its

25   "investigative journalism," the Article contains the following demonstrably false

26   and damaging defamatory statements (the "Statements"):

27             a.  "Facebook revealed in December that Epoch Media Group, which

28                 publishes *Epoch Times*, had furtively pumped nearly $10 million in ads

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

through a hidden network of fake accounts and pages."

    b.  "Facebook removed over 600 accounts tied to *Epoch Times* . . ."

20.    *"Facebook revealed in December that Epoch Media Group, which publishes Epoch Times, had furtively pumped nearly $10 million in ads through a hidden network of fake accounts and pages."*  In fact, Facebook did not "reveal that Epoch Media Group spent nearly $10 million in ads through a hidden network of fake accounts and pages."  Facebook claimed, incorrectly, that Epoch Media Group was "linked" to this activity, which is a separate falsehood; there is no link.  The conduct described in the quote was apparently carried out by an outlet called The BL, which has no connection whatsoever to Epoch.  Defendant's statement is therefore false in its entirety.  Furthermore, despite Defendant's explicitly promoted commitment to "investigative journalism," neither Defendant's reporter Braslow nor anyone acting on the reporter's or his magazine's behalf provided a source for the information within the article nor contacted Epoch for confirmation or comment.

21.    *"Facebook removed over 600 accounts tied to* Epoch Times *. . ."*  In fact, Facebook never "removed over 600 accounts tied to *Epoch Times* . . ." nor even a single Epoch account in response to the alleged deceptive behavior by The BL.  The statement is therefore entirely false.  Furthermore, neither Defendant's reporter Braslow nor anyone acting on his or his magazine's behalf provided a source for the information within the article nor contacted Epoch for confirmation or comment.

22.    The effect of these false statements is to diminish the Epoch brand, its reputation for truth and veracity, its journalistic professionalism, and its ability to present itself as a viable competitor for ad and subscription dollars.  The statements individually and collectively suggest that Epoch is compromised and untruthful, which are diametrically contrary to attributes associated with credible vendors of news.  The article, written without providing source citations, instead presents the assertions as facts so well-established that sourcing and corroboration are not even

COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   necessary, compounding the defamation and corresponding damages.  The article

2   also purports to present precise details, also unsourced and unverified, to enhance

3   the apparent reliability of the false report.

**Epoch Times Sought Amicable Resolution**

5   23.   On March 10, 2020, counsel for Epoch contacted Mr. Maer Roshan,

6   Editor in Chief of Los Angeles Magazine, setting forth the inaccurate statements,

7   noting how they were inaccurate, and demanding a retraction.  A true and correct

8   copy of the letter is attached hereto as **Exhibit B**.  (The letter calls out multiple

9   falsehoods.  This lawsuit pertains to two of them.)

10   24.   Mr. Roshan failed to respond, requiring Epoch to instigate this lawsuit.

**FIRST CAUSE OF ACTION: DEFAMATION PER SE**

12   25.   Plaintiff hereby re-alleges and incorporates the allegations of the

13   preceding paragraphs as though fully set forth herein.

14   26.   Defendant published the Statements online and in print, where readers

15   reasonably understood that the Statements were about Plaintiff.

16   27.   Each of the Statements are false.

17   28.   Defendant knew the statements were false or had serious doubts about

18   the truth of the Statements, yet nonetheless published the Article.  Furthermore, in

19   making such sweeping yet precise comments without attribution, source citation, or

20   attempt at corroboration, and on actual notice that the information being presented

21   as factual was actually incorrect, Defendant's wrongful conduct was done with

22   malice.

23   29.   Defendant's wrongful conduct has caused harm to Plaintiff's business

24   and reputation.  *The Epoch Times* presents itself as a reliable and viable provider of

25   accurate and trustworthy information, with a commitment to journalistic integrity,

26   particularly given that one of its foundational commitments is to provide news and

27   information about a totalitarian regime.  Defendant deliberately set out to present a

28   narrative that was totally at odds with *The Epoch Times'* reputation for accuracy and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 dependability, particularly as a source of information about a political regime
2 reputed to be "totalitarian." Attributing similar dishonesty to Epoch completely
3 undercuts their business model and their business purpose, and is defamatory per se.

4      30.    Defendant's wrongful conduct has caused harm to Epoch's business
5 and reputation.

6      31.    Defendant's wrongful conduct was a substantial factor in causing
7 Plaintiff's harm.

8         **SECOND CAUSE OF ACTION: DEFAMATION PER QUOD**

9      32.    In the alternative, Plaintiff hereby re-alleges and incorporates the
10 allegations of the preceding paragraphs as though fully set forth herein.

11      33.    Defendant published the Statements online and in print, where readers
12 reasonably understood that the Statements were about Epoch.

13      34.    Because of the facts and circumstances known to the readers of the
14 Statements, they tend to injure Epoch in their businesses and discourage others from
15 associating with or dealing with Epoch.

16      35.    Each of the Statements are false.

17      36.    Defendant knew the statements were false or had serious doubts about
18 the truth of the Statements, yet nonetheless published the Article.

19      37.    Defendant's wrongful conduct was done with malice.

20      38.    Defendant's wrongful conduct has caused harm to Epoch's business
21 and reputation.

22      39.    Defendant's wrongful conduct was a substantial factor in causing
23 Epoch's harm.

24                  **PRAYER FOR RELIEF**

25      **WHEREFORE,** Plaintiff EPOCH GROUP INC d/b/a EPOCH MEDIA
26 GROUP respectfully demands judgment in its favor and against Defendant LOS
27 ANGELES MAGAZINE, LLC, as follows:

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1.  For an injunction enjoining Defendant from further publication of any false, malicious, defamatory or materially misleading comments regarding Plaintiff;

2.  For an award of money damages in accordance with the evidence, but not less than SEVENTY FIVE THOUSAND DOLLARS, together with interest thereon for damage to Plaintiff's business reputation;

3.  For an award of punitive damages sufficient to punish and deter the conduct complained of herein;

4.  For attorneys' fees and costs of suit herein;

5.  For a retraction of the Article in any medium it was published; and

6.  For such other and further relief as this Court deems just and proper.

## **JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff EPOCH GROUP INC d/b/a EPOCH MEDIA GROUP demands a trial by jury on all issues.

DATED: May 26, 2020                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____*/s/ Christopher J. Bakes*_____
Christopher J. Bakes
Attorneys for
Plaintiff EPOCH GROUP INC d/b/a
EPOCH MEDIA GROUP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-8446-4317.1

10

COMPLAINT

EXHIBIT A



Jason Raish

# Inside the Shadowy World of Shen Yun and Its Secret Pro-Trump Ties

The touring dance extravaganza's parent organization is reportedly spending big bucks to promote the president on Facebook

By **Samuel Braslow** - March 9, 2020

Each spring the city is flooded by a deluge of advertising—from bright, colorful billboards to glossy mailers to round-the-clock TV commercials—heralding the imminent arrival of a quirky Chinese dance troupe named Shen Yun. Since the group first appeared in L.A. a decade ago, its exotic mix of traditional Chinese dance, Cirque du Soleil-like acrobatics, and anticommunist messaging has won a devoted audience. Critics may scoff at its outre theatrics, and the Chinese government has dismissed it as an "anti-society cult" with "tacky taste and low artistic standards," but the show regularly sells out across the country. This year, as Shen Yun prepares for a six-week run in Southern California in May, it is coming under scrutiny for its close association with the *Epoch Times*, a fiercely pro-Trump conspiracy website recently mired in scandal for its ties to a massive network of fraudulent Facebook accounts.

Both Shen Yun and *Epoch Times* are funded and operated by members of Falun Gong, a controversial spiritual group that was banned by China's government in 1999. Less a religion than a spiritual doctrine, Falun Gong melds traditional Taoist principles with occasionally bizarre pronouncements from its Chinese-born founder and leader, Li Hongzhi. Among other pronouncements, Li has claimed that aliens started invading human minds in the beginning of the 20th century, leading to mass corruption and the invention of computers. He has also denounced feminism and homosexuality and claimed he can walk through walls and levitate. But the central tenet of the group's wide-ranging belief system is its fierce opposition to communism.

In 2000, Li founded *Epoch Times* to disseminate Falun Gong talking points to American readers. Six years later he launched Shen Yun as another vehicle to promote his teachings to mainstream Western audiences. Over the years Shen Yun and *Epoch Times*, while nominally separate

5/26/2020
Case 2:20-cv-04680 Document 1 Filed 05/26/20 Page 13 of 18 Page ID #:13
Inside the Shadowy World of Falun Gong and Its Support for Trump Lies

organizations, have operated in tandem in Falun Gong's ongoing PR campaign against the Chinese government, taking directions from Li.

*Members of Falun Gong sat in silent protest outside the Chinese Consulate in Los Angeles*

PHOTO BY KEIPHER MCKENNIE/GETTY IMAGES)

Despite its conservative agenda, *Epoch Times* took pains until recently to avoid wading into partisan U.S. politics. That all changed in June 2015 after Donald Trump descended on a golden escalator to announce his presidential candidacy, proclaiming that he "beat China all the time." In Trump, Falun Gong saw more than just an ally—it saw a savior. As a former *Epoch Times* editor told NBC News, the group's leaders "believe that Trump was sent by heaven to destroy the communist party."

Relatively unknown before 2016, *Epoch Times* enjoyed a surge in traffic after the presidential election thanks to stridently pro-Trump content. NBC News reported in 2017 that the site was drawing millions of visitors a year, more than *The New York Times* and CNN combined. But Falun Gong didn't restrict its pro-Trump stance to the paper.
Facebook revealed in December that Epoch Media Group, which publishes *Epoch Times*, had furtively pumped nearly $10 million in ads through a hidden network of fake accounts and pages. In the past few years it has produced more pro-Trump advertising than any other group, including the Trump campaign. The ads have promoted anti-impeachment sentiment, anticommunist propaganda, and conspiracy theories about Joe Biden and other opponents of the president.

Though Shen Yun and *Epoch Times* both fall under Falun Gong's umbrella, the parent organization's politics haven't seemed to have impacted the dance troupe's bottom line. According to public filings, Shen Yun generated nearly $30 million in revenue in 2017, the most recent year for which records are available—a $7 million increase from the year before. But Shen Yun spends none of its own money on marketing. Instead it relies on a vast army of devout

SHEN YUN ON YOUTUBE

volunteers and donors who produce ads, buy billboards, and send out millions of mailers
promoting the show.

Among Falun Gong members there is an "expectation that all practitioners ... basically put their
lives on hold for the weeks or even months leading up to [Shen Yun's shows]," a former member
wrote in Medium. A *San Francisco Chronicle* story reported that from 2015 to 2017 Shen Yun-
linked groups spent at least $39.3 million on advertising—a staggering amount for a nonprofit of
its size. (For comparison, fashion house Guess spent $37.1 million worldwide in 2017.) While
employing such massive resources to benefit a cultural exposition seems harmless, using the
same apparatus to influence a presidential election is more problematic. Facebook removed over
600 accounts tied to *Epoch Times*, but by that point, the group's 55 million Facebook followers
had already been exposed to a flurry of misleading ads, antivaxxer talking points, and QAnon
conspiracies.

Now if only Facebook could do something about the billboards.

---

**RELATED:** Just How Big Is Shen Yun's Marketing Budget?

---

***Stay on top of the latest in L.A. food and culture.*** *Sign up for our newsletters
today.*

EXHIBIT B



Bryan P. Sugar
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Bryan.Sugar@lewisbrisbois.com
Direct: 312.463.3473

March 10, 2020

<u>**Via Email**</u>

Mr. Maer Roshan
Editor In Chief
Los Angeles Magazine
5900 Wilshire Blvd.
10th Floor
Los Angeles, CA 90036
Email: Mroshan@lamag.com

      **Re:**    **Immediate Retraction Demand**
                 ***Inside the Shadowy World of Shen Yun and Its Secret Pro-Trump Ties***

Dear Mr. Roshan:

Our firm represents The Epoch Times.  I am writing to demand that L.A. Magazine immediately issue a retraction for its article "Inside the Shadowy World of Shen Yun and Its Secret Pro-Trump Ties."

Below are a series of false statements contained in the article, which must be retracted immediately:

<u>**Statement #1**</u>

"The touring dance extravaganza's parent organization is reportedly spending big bucks to promote the president on Facebook"

The Epoch Times is not the parent organization of Shen Yun.

March 10, 2020
Page 2

**Statement #2**

"In 2000, Li founded *Epoch Times* to disseminate Falun Gong talking points to American readers."

Mr. Li Hongzhi is not the founder of The Epoch Times.  It was founded by Mr. John Tang in the summer of 2000.  The Epoch Times is an independent media outlet.

**Statement #3**

"Over the years Shen Yun and *Epoch Times*, while nominally separate organizations, have operated in tandem in Falun Gong's ongoing PR campaign against the Chinese government, taking directions from Li."

Shen Yun Performing Arts and The Epoch Times are not "nominally separate organizations." They are separate organizations, full stop.  Moreover, the Epoch Times does not "work in tandem" with Shen Yun.

**Statement #4**

"Though Shen Yun and *Epoch Times* both fall under Falun Gong's umbrella, the parent organization's politics haven't seemed to have impacted the dance troupe's bottom line."

The Epoch Times is not the parent organization of Shen Yun.

**Statement #5**

"As a former *Epoch Times* editor told NBC News, the group's leaders 'believe that Trump was sent by heaven to destroy the communist party.'"

While it is true that a former journalist made this ridiculous false statement to NBC News, this statement is patently false.  The leadership of Epoch Times certainly does not believe that Trump was sent from heaven to destroy the communist party.

**Statement #6**

"Facebook revealed in December that Epoch Media Group, which publishes *Epoch Times*, had furtively pumped nearly $10 million in ads through a hidden network of fake accounts and pages."

Facebook did not reveal that Epoch Media Group had furtively pumped nearly $10 million in ads through a hidden network of fake accounts and pages.  Facebook claimed, incorrectly, that Epoch

March 10, 2020
Page 3


Media Group was "linked" to this activity, which was carried out by an outlet called The BL.
Epoch Times never had any relation with The BL.

**Statement #7**

"Facebook removed over 600 accounts tied to *Epoch Times . . .*"

Facebook never removed a single Epoch Media Group account upon discovering the alleged
deceptive behavior by the BL.

Our client demands that a conspicuous retraction be published in LA Magazine as soon as practical,
but in no event later than **three (3) days** from the date of this correspondence.  If you fail to retract
these false statements within the period of time specified, our client will be forced to seek all
available remedies.

We look forward to your immediate response.


Sincerely,


Bryan P. Sugar of
LEWIS BRISBOIS BISGAARD & SMITH LLP

BPS:mcd