JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPOCH GROUP INC d/b/a EPOCH MEDIA GROUP<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES MAGAZINE, LLC,<br><br>Defendant. | **CASE NO. CV 20-4680-GW-JEMx**<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE AND RETRACTION**<br><br><br><br>Action filed: May 26, 2020 |

**ORDER**

Based on the Parties' stipulation, and for good cause shown, the Court makes the following Order:

1. Defendant Los Angeles Magazine, and any agent acting on its behalf, shall be permanently enjoined from posting, publishing, printing, or in any other way presenting the article "Inside the Shadowy World of Shen Yun and Its Secret Pro-Trump Ties," which was published in its March, 2020 issue.

2. This shall be deemed a worldwide injunction binding on Los Angeles

Magazine, its parent company, its subsidiaries or corporate affiliates, any website controlled by the foregoing, and any agent acting on their behalf.

3. This Court shall have continuing jurisdiction for purposes of enforcing the injunction.

4. The above entitled matter is hereby DISMISSED with prejudice, but without prejudice to any action to enforce this Order. All attorneys' fees, costs of court, and expenses will be borne by each party incurring the same.

**IT IS SO ORDERED.**

Dated: July 16, 2020

By: *George H. Wu*
HON. GEORGE H. WU,
U.S. District Judge